# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSE DUNCAN, | |
| Plaintiff(s), | Case No. 2:14-cv-01229-JCM-NJK |
| vs. | RECUSAL ORDER |
| PATRICK DONAHOE, | |
| Defendant(s). | |

This matter was assigned to the undersigned Magistrate Judge on July 28, 2014. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: November 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge