UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSE DUNCAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> POSTMASTER GENERAL PATRICK ) <br> DONAHOE ) <br> ) <br> Defendants ) <br> _____ ) | Case No. 2:14-cv-01229-JCM-GWF <br><br> **ORDER** |

Presently before the Court is the matter of *Duncan v. Donahoe*, case no. 2:14-cv-01229-JCM-GWF.

Plaintiff was given an extension of time to effectuate service upon the Defendant. *See* Order (#10). She now possesses the proper address to effectuate service through the U.S. Marshal's Office. Good cause showing, a new summons shall be issued to allow the Plaintiff to properly serve the Defendant. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue summons to the Defendant named in the complaint and deliver the summons to the U.S. Marshal for service. The Clerk of the Court shall send the required USM-285 forms to Plaintiff. Upon receipt of the forms, Plaintiff shall have twenty (20) days to furnish the required USM-285 forms to the U.S. Marshal at 333 Las Vegas Blvd. South, Suite 2058, Las Vegas, Nevada 89101. After Plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, she has twenty (20) days to file a notice with the court identifying if Defendants were served.

**DATED** this 4th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge