# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSE DUNCAN, | |
| Plaintiff, | Case No. 2:14-cv–01229-JCM-GWF |
| vs. | **ORDER** |
| UNITED STATES POSTAL SERVICE POSTMASTER GENERAL PATRICK DONAHOE, | |
| Defendants | |

This matter is before the Court on Plaintiff's Motion for Admittance to the Federal Lawyer Pro Bono Program (ECF No. 37), filed on August 31, 2016.

There is no constitutional right to the appointment of counsel in civil cases. *Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982). In determining whether counsel should be appointed, the court has discretion to consider three relevant factors: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel; and (3) the meritoriousness of the plaintiff's claim. *Id.* Plaintiff has not presented sufficient evidence to persuade this Court to appoint counsel to represent her. Furthermore, on August 1, 2016, the Court granted Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 32). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Admittance to the Federal Lawyer Pro Bono Program (ECF No. 37) is **denied**.

DATED this 2nd day of September, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge